UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CADET FUNDING, LLC,                                               :
                                        Plaintiff,                :
                                                                  :          11 Civ. 1140 (JPO)
                  -v-                                             :
                                                                  :          MEMORANDUM AND
                                                                  :                ORDER
EUGENE HOOSER,                                                    :
                                        Defendant.   :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

        Plaintiff Cadet Funding LLC ("Cadet"), a litigation funding entity, brought claims for

breach of contract and fraud against Defendant Eugene Hooser, a former agent, asserting that he

created fictitious cases for Cadet to fund and misappropriated funds.  Hooser failed to respond to

the Complaint, and the Court entered a default judgment against Hooser on December 14, 2011,

for an amount that was to be determined by an inquest.  Magistrate Judge Frank Maas

subsequently issued a Report and Recommendation ("R & R"), in which he recommends that the

Court should award Cadet damages in the amount of $304,982, plus prejudgment interest in the

amount of $22,560.  No party has filed any objections to the R & R and the time for filing such

objections has passed.

        This Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations" of a magistrate judge.  The Court reviews *de novo* those parts of the R & R to

which objections are made and reviews the remainder for clear error.  28 U.S.C. § 636(b)(1); *see*

*also* Fed.R.Civ.P. 72.

After reviewing Judge Maas's R & R, to which no objections were filed, this Court concludes that there is no clear error and, accordingly, adopts the R & R in its entirety. Cadet is awarded a total of $327,542.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: New York, New York
August 24, 2012

J. PAUL OETKEN
United States District Judge