UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CADET FUNDING, LLC,                                         :
                  Plaintiff,                               :
                                                            :       11 Civ. 1140 (JPO)
        -v-                                                 :
                                                            :       MEMORANDUM AND
                                                            :           ORDER
EUGENE HOOSER,                                              :
                  Defendant.                               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/12

J. PAUL OETKEN, District Judge:

      Plaintiff Cadet Funding LLC ("Cadet"), a litigation funding entity, brought claims for breach of contract and fraud against Defendant Eugene Hooser, a former agent, asserting that he created fictitious cases for Cadet to fund and misappropriated funds. Hooser failed to respond to the Complaint, and the Court entered a default judgment against Hooser on December 14, 2011, for an amount that was to be determined by an inquest. Magistrate Judge Frank Maas subsequently issued a Report and Recommendation ("R & R"), in which he recommends that the Court should award Cadet damages in the amount of $304,982, plus prejudgment interest in the amount of $22,560. No party has filed any objections to the R & R and the time for filing such objections has passed.

      This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations" of a magistrate judge. The Court reviews *de novo* those parts of the R & R to which objections are made and reviews the remainder for clear error. 28 U.S.C. § 636(b)(1); *see also* Fed.R.Civ.P. 72.

After reviewing Judge Maas's R & R, to which no objections were filed, this Court concludes that there is no clear error and, accordingly, adopts the R & R in its entirety. Cadet is awarded a total of $327,542.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: New York, New York
       August 24, 2012

                                            J. PAUL OETKEN
                                      United States District Judge